AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Kenneth Fontes

APPEARANCE

CASE NUMBER: 1:07 M 157

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kenneth Fontes

I certify that I am admitted to practice in this court.

2/13/07
*Date*

George J. West
*Signature*

George J. West 3052
*Print Name* *Bar Number*

One Turks Head Place Ste #312
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401-861-9042 401-861-0330
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.