1285327

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
KENNETH FONTES

## WARRANT FOR ARREST

Case Number: 1:07M15A

FEB 08 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KENNETH FONTES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

possession of a firearm after having been convicted of a crime punishable by a term of imprisonment exceeding one year; and

possession with intent to deliver a mixture and substance containing a detectable amount of cocaine base,

in violation of Title 18 and 21 United States Code, Section(s) 18 - 922(g)(1) and 21 - 841(a)(1)

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Providence, Rhode Island
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at aci on writ, ret'd to aci

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/08/2007 | CJ Wyant SDUSM | [signature] Wyant |
| DATE OF ARREST 02/13/2007 | | |