IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 07 027 S |
| | : | |
| | : | In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii); and 18 U.S.C. § 922(g)(1) |
| v. | : | |
| | : | |
| KENNETH FONTES | : | |

FILED
MAR 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney charges that:

Count I

On or about July 16, 2006, in the District of Rhode Island, the defendant, KENNETH FONTES, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

COUNT II

On or about July 16, 2006, in the District of Rhode Island, the defendant, KENNETH FONTES, having been previously convicted of a crime punishable by a term exceeding one year,

did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Lorcin, .380 caliber, semiautomatic pistol, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated:__________________