O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
KENNETH FONTES

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 027S

I, KENNETH FONTES, the above named defendant, who is accused of

knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, and knowingly and intentionally possess, in and affecting commerce, a firearm, while having been convicted of a crime punishable by a term exceeding one year.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/15/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

KENNETH FONTES [signature]
Defendant

GEORGE J. WEST [signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ