**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 07-027S** |
| | : | |
| **KENNETH FONTES** | : | |

**NOTICE CONCERNING THE INAPPLICABILITY OF 21 U.S.C. § 851**

The United States of America, by and through its undersigned attorneys, respectfully files this Notice Concerning the Inapplicability of 21 U.S.C. § 851. As reason for this Notice, the government states as follows:

The Plea Agreement in this case clearly contemplated that the government would file an Information pursuant to 21 U.S.C. § 851, thereby subjecting the defendant to a mandatory minimum terms of imprisonment of 10 years pursuant to 21 U.S.C. §§ 841(b)(1)(B) and 851. Section 851 requires the government to file the Information before entry of a plea of guilty or trial.

The defendant entered his plea of guilty on March 19, 2007. Through inadvertence, the government failed to file the § 851 Information prior to the guilty plea. For this reason, the government believes that the defendant is not subject to the 10 year mandatory minimum sentence. Instead, under Count I of the Information, the defendant will be subject to a maximum statutory penalty of 40 years imprisonment, with a mandatory minimum term of five (5) years

imprisonment; a fine of $2,000,000; a term of supervised release of life, with a minimum mandatory term of 4 years; and a mandatory special assessment of $100.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2007, I caused the within Government's Notice to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

George West, Esq.
1 Turks Head Place
Suite 312
Providence, R.I. 02903

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov /s/Andrew J. Reich