IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-027S |
| | ) | |
| KENNETH FONTES | ) | |

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Kenneth Fontes, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum. At this time counsel is seeking additional time to confer with his client relative to the presentence report. Counsel seeks additional time to prepare and file objections to said report after further consultation with his client. Additional time is also requested in order for counsel to research the impact the proposed changes to the sentencing guidelines would have on the defendant's case. It is respectfully requested such period be enlarged thirty (30) days to a time on or after July 21, 2007. Counsel seeks that the sentencing therefore be set for on or after that date . Counsel similarly seeks that the sentencing hearing previously set be vacated.

Respectfully submitted,
Defendant Kenneth Fontes
By his attorney,

/s/ George J. West

______________________________

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 21st day of June 2007, I forwarded a copy of the within Motion to Andrew Reich, Esq., A.U.S.A. andrew.reich@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/s/George J. West