IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 07-027S
)
KENNETH FONTES )

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Kenneth Fontes, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum. At this time counsel is seeking additional time to confer with his client relative to the presentence report. Counsel seeks additional time to prepare and file objections to said report after further consultation with his client. Additional time is also requested in order for counsel to research the impact the proposed changes to the sentencing guidelines would have on the defendant's case. It is respectfully requested such period be enlarged to a time after November 1, 2007. In defendant's case based on the criminal history revisions and offense level revisions, he would likely be calculated with fifteen criminal history points rather than the current 16. While that will not result in a level reduction it is relevant to §3553 considerations.

Defendant's offense level, absent application of career criminal guideline, would be offense level of 30 rather than 32. Granted that is a base offense

level which must be increased to pursuant to U.S.S.G. § 4B1.1 however it is significant for §3553 purposes to note that, absent career criminal enhancement, the defendant' sentencing range with the three point reduction for acceptance of responsibility would be 130-162 months. This calculation is important to take account of in the sentencing calculus as it sets out a policy shift in the Sentencing Commission to finally move toward adjusting the crack cocaine guidelines. This court has strongly signaled its dissatisfaction with the current 100-1 ratio. It is submitted that every opportunity ought to be given for the court to consider the sentence in light of the guideline change where the court notwithstanding a career offender enhancement enjoys discretion to vary from such sentence.

Sentencing as noted in the pre-sentence report with the career criminal enhancement starts with offense level 34 and criminal history category VI is 188-235. . It is defendant's position that guideline calculation ought to reflect the amendments if passed to allow the court to consider that calculation and the career offender guideline to evaluate any possible variance. The range of differences in sentencing is an important appellate review point. Since the last application for additional time the U.S. Sentencing Commission has sought public comment on retroactive application of both the crack cocaine amendment and criminal history amendment:

> Federal Register Notice (submitted July 27, 2007). Request for public comment regarding retroactive application of amendments pertaining to cocaine base (crack) and to criminal history.

Lastly, the defendant also notes the pendency in the United States Supreme Court of Kimbrough v. United States, a matter concerning the sentencing ratio of one hundred to one for crack vs. cocaine. The Supreme Court has agreed to address the issue of whether the sentencing court is free in applying 18 USC § 3553A to disagree with policy choices such as the powder to crack cocaine ratio made by the Sentencing Commission. Kimbrough v. United States, 06-6330, United States Supreme Court. Defendant's case involves crack cocaine. Therefore, this matter currently pending in the Supreme Court is potentially directly applicable; however, under current law is limited in its effect to the ten year mandatory minimum as noted above.

Counsel seeks that the sentencing therefore be set for on or after that date . Counsel similarly seeks that the sentencing hearing previously set be vacated.

Respectfully submitted,
Defendant Kenneth Fontes
By his attorney,

/s/ George J. West
___________________________
George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 7th day of September 2007, I forwarded a copy of the within Motion to Andrew Reich, Esq., A.U.S.A. andrew.reich@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/s/George J. West