**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CR. No. 07-027S |
| | : | |
| KENNETH FONTES | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO ENLARGE TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT AND/OR SENTENCING MEMORANDUM AND TO REASSIGN SENTENCING**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully submits this Objection to defendant's Motion to Enlarge Time and to Reassign Sentencing. As reason for this Objection, the government states as follows:

The defendant has already been granted one continuance in the date scheduled for sentencing. His request for an additional continuance appears to be primarily based on his belief that there may be a change in the sentencing guidelines which could result in a more lenient sentence, or a ruling by the Supreme Court which could impact his sentence. The government objects to the granting of continuances for the purpose of taking advantage of speculative future changes in the law.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of September, 2007, I caused the within Government's Objection to Defendant's Motion to Enlarge Time for Filing Objections to Presentence Report and/or Sentencing Memorandum and to Reassign Sentencing to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following have received notice electronically:

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Email: Georgew180@aol.com

United States Probation Office
2 Exchange Terrace, 3rd Floor
Providence, Rhode Island 02903.

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
email: andrew.reich@usdoj.gov