IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR No. 07-027-S |
| | : | |
| KENNETH FONTES | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THIRD LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through its undersigned attorneys, and moves this Court to grant the defendant a third level decrease for acceptance of responsibility pursuant to Guideline § 3E1.1(b), provided the Court determines the defendant's offense level to be level 16 or greater. The defendant assisted the government in the investigation and prosecution of his misconduct by timely notifying the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2007, I caused the within Government's Motion to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

George West, Esq.
1 Turks Head Place
Suite 312
Providence, R.I. 02903

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov