IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-027S |
| | ) | |
| KENNETH FONTES | ) | |

Notice is hereby given that the Defendant, Kenneth Fontes, appeals to the United States Court of Appeals for the First Circuit from the Judgment and sentence imposed by the U.S. District Court for the District of Rhode Island entered on September 18, 2007.

Respectfully submitted,
Defendant Kenneth Fontes
By his attorney,

/s/ George J. West

______________________________

George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

Dated:___9/19/2007______________

CERTIFICATION

I hereby certify that on this 19th day of September 2007, I forwarded a copy of the within to Andrew Reich, Esq., A.U.S.A. andrew.reich@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/s/George J. West