07-27
USDC/R.I.
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2458

UNITED STATES

Appellee

v.

KENNETH FONTES

Defendant - Appellant

**JUDGMENT**

Entered: February 4, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: ____________________
Appeals Attorney

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Ha

Deputy Clerk

Date: 2/4/08

[cc: George Joseph West, Esq., Donald Lockhart, AUSA, Kenneth Fontes]